UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Glen Wexler Studio, Inc, <br><br> Plaintiff, <br><br> -v- <br><br> Brick Underground LLC, <br><br> Defendant. | 22-cv-10179 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

    On January 4, 2023 the Court held a telephonic status conference in the above-captioned case at which counsel for all parties were present. Counsel informed the Court that the parties had reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
January 4, 2023

                                              JED S. RAKOFF, U.S.D.J.